**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Affatato 1 Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA 123 Dollar Stores USA** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-1669786** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**2072 Sprint Blvd.**<br>**Apopka, FL 32703**<br>Number, Street, City, State & ZIP Code<br>**Orange**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.123dollarstoresusa.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Affatato 1 Services, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4529**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Affatato 1 Services, LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Affatato 1 Services, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 6, 2017**
MM / DD / YYYY

X **/s/ Francisco Affatato**
Signature of authorized representative of debtor

**Francisco Affatato**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Aldo G. Bartolone**
Signature of attorney for debtor

Date **March 6, 2017**
MM / DD / YYYY

**Aldo G. Bartolone**
Printed name

**Bartolone Law, PLLC**
Firm name

**4767 New Broad Street**
**Orlando, FL 32814**
Number, Street, City, State & ZIP Code

Contact phone **(407) 294-4440** Email address **aldo@bartolonelaw.com**

**173134**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Affatato 1 Services, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2013 West Colonial LLLP<br>3114 East 81 Street<br>Tulsa, OK 74137** | | **Settlement Agreement/Lease Dispute** | | | | **$20,000.00** |
| **American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448** | | **Business Credit Card** | | | | **$46,566.01** |
| **Arechiga Wealth Management<br>10200 Dwell Ct. #120<br>Orlando, FL 32832** | | **Business Loan** | | | | **$130,155.00** |
| **Arteaga & Sons Investment<br>8027 Schelling St.<br>Orlando, FL 32827** | | **Business Loan** | | | | **$130,155.00** |
| **Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238** | | **Business Credit Card** | | | | **$70,258.98** |
| **Citi Card/Costco Visa<br>P.O. Box 9001016<br>Louisville, KY 40290-1016** | | **Business Credit Card** | | | | **$16,784.26** |
| **Cotton Valley<br>96 Distribution Blvd.<br>Edison, NJ 08817** | | **Merchandise** | | | | **$37,716.63** |
| **Donnamax<br>765 McDonald Avenue<br>Brooklyn, NY 11218** | | **Merchandise** | | | | **$16,586.92** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Affatato 1 Services, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eduardo Emmi<br>c/o Ian Martinez, Esq.<br>2850 Douglas Road<br>Suite 303<br>Coral Gables, FL 33134** | | **Settlement Agreement/Franchise Dispute** | **Disputed** | | | **$275,000.00** |
| **Florida Business Banking<br>P.O. Box 2715<br>Winston Salem, NC 27102-2715** | | **Business Line of Credit** | | | | **$100,000.00** |
| **Horizon Properties<br>18610 NW 87 Avenue<br>Suite 204<br>Hialeah, FL 33015** | | **Past Due Rent - Kendall Store** | **Disputed** | | | **$87,501.38** |
| **International Wholesale<br>4000 Allen Road<br>Allen Park, MI 48101** | | **Merchandise** | | | | **$11,808.11** |
| **Jordana<br>2035 E. 49th Street<br>Los Angeles, CA 90058** | | **Merchandise** | | | | **$9,770.00** |
| **Kissimmee Korners, LLLP<br>c/o Liberty Universal Mgmt<br>314 E. Anderson Street<br>Orlando, FL 32801** | | **Unpaid Rent - Kissimmee Store** | **Disputed** | | | **$25,773.61** |
| **Maximo & Ormira Zambrano<br>c/o Alejandro Marriaga, Esq.<br>1707 Orlando Central Parkway<br>Suite 420<br>Orlando, FL 32809** | | **Investment Dispute** | **Unliquidated<br>Disputed** | | | **$250,000.00** |
| **Merchant Cash and Capital<br>d/b/a Bizfi Funding<br>460 Park Avenue South<br>10th Floor<br>New York, NY 10016** | | **Merchant Advance Loan** | **Disputed** | | | **$300,000.00** |
| **Omar & Yohanna Infante<br>7403 Pointe Venezia Dr.<br>Orlando, FL 32836** | | **Investment Dispute** | **Unliquidated<br>Disputed** | | | **$250,000.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Affatato 1 Services, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Regent Products 8999 Palmer St. River Grove, IL 60171** | | **Merchandise** | | | | **$8,326.74** |
| **Universal 96 Distribution Blvd. Edison, NJ 08817** | | **Merchandise** | | | | **$42,890.71** |
| **Wells Fargo Visa P.O. Box 6426 Carol Stream, IL 60197-6426** | | **Business Credit Card** | | | | **$70,403.34** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Affatato 1 Services, LLC
2072 Sprint Blvd.
Apopka, FL 32703

Aldo G. Bartolone
Bartolone Law, PLLC
4767 New Broad Street
Orlando, FL 32814

2013 West Colonial LLLP
3114 East 81 Street
Tulsa, OK 74137

A-Line Greeting Cards
2060 International Way
#E
Port Huron, MI 48060

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

Advanced Disposal
1964 S. Orange Blossom Trail
Apopka, FL 32703

American Express
P.O. Box 650448
Dallas, TX 75265-0448

ANANT, LLC
682 Maitland Ave
Altamonte Springs, FL 32701

Arechiga Wealth Management
10200 Dwell Ct.
#120
Orlando, FL 32832

Arteaga & Sons Investment
8027 Schelling St.
Orlando, FL 32827

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Beauty 21 Cosmetics Inc
2021 South Archibald Avenue
Ontario, CA 91761

Bright House Networks
P.O. Box 30574
Tampa, FL 33630-3574

Cagans Crossing Town Center
16554 Crossings Blvd.
Suite 4
Clermont, FL 34714

Cathcart Law Group
225 S. Westmonte Drive
Suite 1160
Altamonte Springs, FL 32714

Cipparone & Cipparone, P.A.
1525 International Parkway
Suite 1071
Lake Mary, FL 32746

Citi Card/Costco Visa
P.O. Box 9001016
Louisville, KY 40290-1016

Compressed Gas Solutions Inc
2450 Shader Road
Orlando, FL 32804

Copp, LLC
1190 NW 159 Drive
Miami Gardens, FL 33169

Cotton Valley
96 Distribution Blvd.
Edison, NJ 08817

Donnamax
765 McDonald Avenue
Brooklyn, NY 11218

DUAILIBI, LLC
11425 Chateaubriand Ave
Orlando, FL 32836

Duke Energy
P.O. Box 1004
Charlotte, NC 28201-1004

Eduardo Emmi
c/o Ian Martinez, Esq.
2850 Douglas Road
Suite 303
Coral Gables, FL 33134

ESPO 4A, LLC
12701 S. John Young Parkway
Suite 209
Orlando, FL 32837

Favvesca International Corp.
6240 Roseate Spoonbill Dr.
Windermere, FL 34786

Fibra Investments Inc
f/k/a Fibra Investments LLC
1090 Harmony Lane
Clermont, FL 34711

Florida Business Banking
P.O. Box 2715
Winston Salem, NC 27102-2715

Gregg A. Johnson, Esq.
111 N. Orange Avenue
Suite 2000
Orlando, FL 32801

Haddad International LLC
330 Hurst St.
Linden, NJ 07036

Horizon Properties
18610 NW 87 Avenue
Suite 204
Hialeah, FL 33015

International Wholesale
4000 Allen Road
Allen Park, MI 48101

Jaimes Caradonna, LLC
5114 Olde Kerry Drive
Orlando, FL 32837

Jay Berry Signs
P.O. Box 491620
Leesburg, FL 34749

JetBlue Business Credit Card
P.O. Box 84030
Columbus, GA 31908-4030

Jordana
2035 E. 49th Street
Los Angeles, CA 90058

Kendall Park Plaza Ltd.
c/o Horizon Properties
18610 NW 87 Avenue
Suite 204
Hialeah, FL 33015

Kissimmee Korners, LLLP
c/o Liberty Universal Mgmt
314 E. Anderson Street
Orlando, FL 32801

LEAF
P.O. Box 742647
Cincinnati, OH 45274-2647

Maximo & Ormira Zambrano
c/o Alejandro Marriaga, Esq.
1707 Orlando Central Parkway
Suite 420
Orlando, FL 32809

Merchant Cash and Capital
d/b/a Bizfi Funding
460 Park Avenue South
10th Floor
New York, NY 10016

Milani
2111 East 49th Street
Los Angeles, CA 90058

Ocoee Plaza, LLC
27 N. Summerlin Avenue
Orlando, FL 32801

Omar & Yohanna Infante
7403 Pointe Venezia Dr.
Orlando, FL 32836

Orlando, LLC
c/o Madison Marquette Realty
2001 Pennsylvania Avenue NW
10th Floor
Washington, DC 20006

Paul Jon Layne, Esq.
Silva & Silva, P.A.
236 Valencia Avenue
Coral Gables, FL 33134

R & M Retail, LP
1215 Gessner Drive
Houston, TX 77055

Regent Products
8999 Palmer St.
River Grove, IL 60171

Solcar Investors, LLC
2905 Vineland Road
Kissimmee, FL 34746

Universal
96 Distribution Blvd.
Edison, NJ 08817

Waste Management
P.O. Box 105453
Atlanta, GA 30348-5453

Wells Fargo SBA Lend E Coast
MAC D4004-03A
P.O. Box 2715
Winston Salem, NC 27102-2715

Wells Fargo Visa
P.O. Box 6426
Carol Stream, IL 60197-6426

# United States Bankruptcy Court
## Middle District of Florida

In re **Affatato 1 Services, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Affatato 1 Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Francisco Affatato**
**1202 Lattimore Dr.**
**Clermont, FL 34711**

**Olga Mendoza de Affatato**
**1202 Lattimore Dr.**
**Clermont, FL 34711**

☐ None [*Check if applicable*]

**March 6, 2017**
Date

**/s/ Aldo G. Bartolone**
**Aldo G. Bartolone 173134**
Signature of Attorney or Litigant
Counsel for **Affatato 1 Services, LLC**

**Bartolone Law, PLLC**
**4767 New Broad Street**
**Orlando, FL 32814**
**(407) 294-4440 Fax:(407) 287-5544**
**aldo@bartolonelaw.com**