UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:17-bk-1425-KSJ |
| | ) | |
| AFFATATO 1 SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| ______________________________ | ) | |

**EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION WAGES**

The Debtor, Affatato 1 Services, LLC d/b/a 123 Dollar Stores USA ("123 Dollar" or "Debtor"), debtor-in-possession herein, moves the Court for an order authorizing it to pay prepetition wages. In support of this motion, the Debtor further states as follows:

1. The Debtor commenced this Chapter 11 case on March 6, 2017 (the "Petition Date"). The Debtor is operating its business and managing its affairs as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2. The Debtor currently employs 20 individuals, 15 of which are hourly wage earners and paid bi-weekly. The Debtor pays employee wages in arrears. For example, the Debtor's most recent payroll of March 8, 2017 covers employees' wages for the period of February 20, 2017 through March 5, 2017.

3. The Debtor estimates that amounts owed through to March 6, 2017 are $8,422.04, which is for the period of February 20, 2017 through March 5, 2017. A copy of the proposed payroll amounts are attached hereto as Exhibit "A."

4. A loss of ability to pay its ordinary payroll would have an adverse effect on the Debtor's ability to maintain its ongoing operations and successfully maximize its assets for the benefit of creditors.

5. Allowing the Debtor to honor prepetition claims for wages, including honoring payroll, will assist the Debtor in maintaining normal day-to-day operations. By preventing employees from suffering loss of income, employees are more likely to remain with the Debtor through its restructuring, to the benefit of the estate and its creditors. The Debtor believes that no employee is owed in excess of $12,475.00 in prepetition earnings as allowed by 11 U.S.C. § 507(a)(4).

WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an order authorizing it to pay wages, salaries, sick pay, holiday pay, and all federal and state payroll-related taxes, deductions, and withholdings pertaining to such payments accrued by employees of the Debtor prepetition; and granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF NECESSITY FOR EMERGENCY HEARING

The Debtor was obligated to make payroll on March 8, 2017 for employee wages for the period of February 20, 2017 through March 5, 2017. If the Debtor does not pay its employees on an expedited basis, the Debtor will lose most, if not all, of its employees and will cease operations.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or United States Mail, first class and postage prepaid, on all Parties-In-Interest listed on the attached Mailing Matrix, this 10th day of March, 2017.

__*/s/ Aldo G. Bartolone, Jr.*____________

ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
4767 New Broad Street
Orlando, Florida 32814
Telephone: 407.294.4440
Facsimile: 407.287.5544
E-mail: aldo@bartolonelaw.com