Hire Date: 4/21/2013
Fed Status: Single, Exemptions: 0

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**WANDA Y MELENDEZ SILVA**
**116 SYCAMORE RIDGE LN**
**DEVENPORT, FL 33897**

**03/08/2017** **$533.90**

*****Five Hundred Thirty Three & 90/100*************************************************************

**WANDA Y MELENDEZ SILVA**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | Check No. 4713 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|
| WANDA Y MELENDEZ SILVA | 36 | Group: Loc. | Dept: 2 | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 64.99 | 10.0000 | 649.90 | 3,439.60 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 66.28 | 359.92 |
| Soc. Sec. Tax | 40.30 | 213.26 |
| Medicare Tax | 9.42 | 49.87 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 649.90 | 649.90 | 116.00 | 533.90 |
| Year-To-Date | 3,439.60 | | | |

Hire Date: 12/14/2015
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**ODALYS VALDEZ HERNANDEZ**
**16058 SW 85 ST**
**MIAMI, FL 33193**

**03/08/2017** **$439.73**

*****Four Hundred Thirty Nine & 73/100***************************************************************

**ODALYS VALDEZ HERNANDEZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4714 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| ODALYS VALDEZ HERNANDEZ | 69 | Group: | Loc. | Dept: 2 | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 61.13 | 8.2500 | 504.32 | 3,073.21 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 26.01 | 193.08 |
| Soc. Sec. Tax | 31.27 | 190.54 |
| Medicare Tax | 7.31 | 44.56 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 504.32 | 504.32 | 64.59 | 439.73 |
| Year-To-Date | 3,073.21 | | | |

Hire Date: 6/1/2016
Fed Status: Married, Exemptions: 2

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**HAYDEE C MENDOZA BALBOA**
**2550 CITRUS TOWER BLVD APTO 3207**
**CLERMONT, FL 34711**

**03/08/2017** **$400.20**

*****Four Hundred & 20/100***************************************************************************

**HAYDEE C MENDOZA BALBOA**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4715 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| HAYDEE C MENDOZA BALBOA | 77 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 48.15 | 9.0000 | 433.35 | 2,672.73 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 0.00 | 0.51 |
| Soc. Sec. Tax | 26.87 | 165.71 |
| Medicare Tax | 6.28 | 38.75 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 433.35 | 433.35 | 33.15 | 400.20 |
| Year-To-Date | 2,672.73 | | | |

Hire Date: 7/10/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**ANDRES OSPINA RAMIREZ**
**16348 SW 93 ST**
**MIAMI, FL 33196**

**03/08/2017** **$288.29**

*****Two Hundred Eighty Eight & 29/100***************************************************************

**ANDRES OSPINA RAMIREZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4716 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| ANDRES OSPINA RAMIREZ | 81 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 38.84 | 8.2500 | 320.43 | 2,853.17 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 7.62 | 169.74 |
| Soc. Sec. Tax | 19.87 | 176.90 |
| Medicare Tax | 4.65 | 41.37 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 320.43 | 320.43 | 32.14 | 288.29 |
| Year-To-Date | 2,853.17 | | | |

Hire Date: 8/15/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**WANDA I JIMENEZ PEREZ**
**16437 NELSON PARK DR APT 302**
**CLERMONT, FL 34714**

**03/08/2017** **$490.17**

*****Four Hundred Ninety & 17/100******************************************************************

**WANDA I JIMENEZ PEREZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4717 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| WANDA I JIMENEZ PEREZ | 82 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 62.84 | 9.0000 | 565.56 | 2,916.00 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 32.13 | 172.12 |
| Soc. Sec. Tax | 35.06 | 180.79 |
| Medicare Tax | 8.20 | 42.28 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 565.56 | 565.56 | 75.39 | 490.17 |
| Year-To-Date | 2,916.00 | | | |

Hire Date: 10/1/2016
Fed Status: Married, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**SANDRA M LONDONO REINA**
**4546 FLATWOOD LN**
**ORLANDO, FL 32829**

**03/08/2017** **$641.77**

*****Six Hundred Forty One & 77/100******************************************************************

**SANDRA M LONDONO REINA**

**FED. ID. NO: 27-1669786**

| **Employee Name** | **Emp. ID** | Company: AFFATATO | | Check No. 4718 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| SANDRA M LONDONO REINA | 83 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| **Earnings** | **Hours** | **Hourly Rate** | **Current** | **Year-To-Date** |
|---|---|---|---|---|
| Regular | 80.00 | 9.0000 | 720.00 | 3,600.00 |

| **Taxes/Deductions** | **Current** | **Year-To-Date** |
|---|---|---|
| Federal Tax | 23.15 | 115.75 |
| Soc. Sec. Tax | 44.64 | 223.20 |
| Medicare Tax | 10.44 | 52.20 |

| **TOTALS** | **Gross Wages** | **Taxable Wages** | **Total Taxes & Other Deductions** | **Net Pay** |
|---|---|---|---|---|
| Current | 720.00 | 720.00 | 78.23 | 641.77 |
| Year-To-Date | 3,600.00 | | | |

Hire Date: 10/1/2016
Fed Status: Married, Exemptions: 3

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**DANIELA A CARDENAS DE PEREZ**
**4014 MIDDLEBROOK RD**
**ORLANDO, FL 32811**

**03/08/2017** **$664.92**

*****Six Hundred Sixty Four & 92/100*****************************************************************

**DANIELA A CARDENAS DE PEREZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4719 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| DANIELA A CARDENAS DE | 84 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 80.00 | 9.0000 | 720.00 | 3,600.00 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 0.00 | 0.00 |
| Soc. Sec. Tax | 44.64 | 223.20 |
| Medicare Tax | 10.44 | 52.20 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 720.00 | 720.00 | 55.08 | 664.92 |
| Year-To-Date | 3,600.00 | | | |

Hire Date: 10/1/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**ANA C CAICEDO CHAYA**
**54 DUTUMN BREEZE WAY**
**WINTER PARK, FL 32792**

**03/08/2017** **$163.05**

*****One Hundred Sixty Three & 5/100****************************************************************

**ANA C CAICEDO CHAYA**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4720 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| ANA C CAICEDO CHAYA | 85 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 21.40 | 8.2500 | 176.55 | 1,053.11 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 0.00 | 0.00 |
| Soc. Sec. Tax | 10.94 | 65.29 |
| Medicare Tax | 2.56 | 15.27 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 176.55 | 176.55 | 13.50 | 163.05 |
| Year-To-Date | 1,053.11 | | | |

Hire Date: 11/4/2016
Fed Status: Single, Exemptions: 3

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**MONICA M SMITH-DESIR**
**1765 LUCHSHYR LOOP**
**OCOEE, FL 34761**

**03/08/2017** **$545.34**

*****Five Hundred Forty Five & 34/100******************************************************************

**MONICA M SMITH-DESIR**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4721 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| MONICA M SMITH-DESIR | 86 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 72.09 | 8.2500 | 594.74 | 2,655.42 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 3.90 | 3.90 |
| Soc. Sec. Tax | 36.88 | 164.64 |
| Medicare Tax | 8.62 | 38.50 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 594.74 | 594.74 | 49.40 | 545.34 |
| Year-To-Date | 2,655.42 | | | |

Hire Date: 9/29/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**JUAN C HERNANDEZ**
**556 PICKFAIR TERRACE**
**LAKE MARY, FL 32746**

**03/08/2017** **$461.91**

*****Four Hundred Sixty One & 91/100*************************************************************

**JUAN C HERNANDEZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4722 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| JUAN C HERNANDEZ | 88 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 50.00 | 10.6250 | 531.25 | 3,931.25 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 28.70 | 320.42 |
| Soc. Sec. Tax | 32.94 | 243.74 |
| Medicare Tax | 7.70 | 57.00 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 531.25 | 531.25 | 69.34 | 461.91 |
| Year-To-Date | 3,931.25 | | | |

Hire Date: 11/22/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**LIA F MOROS BUSTAMANTE**
**16337 SW 957H ST**
**MIAMI, FL 31969**

**03/08/2017** **$477.50**

*****Four Hundred Seventy Seven & 50/100*******************************************************

**LIA F MOROS BUSTAMANTE**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4723 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| LIA F MOROS BUSTAMANTE | 90 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 66.69 | 8.2500 | 550.19 | 3,163.21 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 30.60 | 204.29 |
| Soc. Sec. Tax | 34.11 | 196.12 |
| Medicare Tax | 7.98 | 45.87 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 550.19 | 550.19 | 72.69 | 477.50 |
| Year-To-Date | 3,163.21 | | | |

Hire Date: 12/15/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**JOSE R HERMOSO MARINEZ**
**6410 GOLDENROD RD UNIT C**
**ORLANDO, FL 32822**

**03/08/2017** **$809.47**

*****Eight Hundred Nine & 47/100**********************************************************************

**JOSE R HERMOSO MARINEZ**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4724 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| JOSE R HERMOSO MARINEZ | 92 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 80.00 | 9.0000 | 720.00 | 3,477.33 |
| Bonus | | | 255.96 | 477.63 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 91.83 | 320.41 |
| Soc. Sec. Tax | 60.51 | 245.21 |
| Medicare Tax | 14.15 | 57.35 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 975.96 | 975.96 | 166.49 | 809.47 |
| Year-To-Date | 3,954.96 | | | |

Hire Date: 12/15/2016
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**MONISHA S G DESIR**
**3224 PRINCESS DIANA RD**
**ORLANDO, FL 32818**

**03/08/2017** **$499.39**

*****Four Hundred Ninety Nine & 39/100***************************************************************

**MONISHA S G DESIR**

**FED. ID. NO: 27-1669786**

| Employee Name | Emp. ID | Company: AFFATATO | | Check No. 4725 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| MONISHA S G DESIR | 93 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 69.91 | 8.2500 | 576.76 | 2,920.59 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 33.25 | 171.28 |
| Soc. Sec. Tax | 35.76 | 181.08 |
| Medicare Tax | 8.36 | 42.35 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 576.76 | 576.76 | 77.37 | 499.39 |
| Year-To-Date | 2,920.59 | | | |

Hire Date: 1/23/2017
Fed Status: Married, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**LINA M ARAGON**
**512 ADIRONDACK AVE**
**ORLANDO, FL 32807**

**03/08/2017** **$409.13**

*****Four Hundred Nine & 13/100********************************************************************

**LINA M ARAGON**

**FED. ID. NO: 27-1669786**

| **Employee Name** | **Emp. ID** | Company: AFFATATO | | Check No. 4726 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| LINA M ARAGON | 95 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| **Earnings** | **Hours** | **Hourly Rate** | **Current** | **Year-To-Date** |
|---|---|---|---|---|
| Regular | 53.70 | 8.2500 | 443.03 | 1,650.01 |

| **Taxes/Deductions** | **Current** | **Year-To-Date** |
|---|---|---|
| Federal Tax | 0.00 | 23.00 |
| Soc. Sec. Tax | 27.47 | 102.30 |
| Medicare Tax | 6.43 | 23.93 |

| **TOTALS** | **Gross Wages** | **Taxable Wages** | **Total Taxes & Other Deductions** | **Net Pay** |
|---|---|---|---|---|
| Current | 443.03 | 443.03 | 33.90 | 409.13 |
| Year-To-Date | 1,650.01 | | | |

Hire Date: 2/20/2017
Fed Status: Single, Exemptions: 1

AFFATATO 1 SERVICES LLC
AFFATATO 1 SERVICES LLC
2072 SPRINT BLVD
APOPKA, FL 32703

**SHANIKA S ALEXIS**
**2167 CLAPPER TRL**
**APOPKA, FL 32703**

**03/08/2017** **$565.08**

*****Five Hundred Sixty Five & 8/100***************************************************************

**SHANIKA S ALEXIS**

**FED. ID. NO: 27-1669786**

| **Employee Name** | **Emp. ID** | Company: AFFATATO | | Check No. 4727 | P/P: 02/20/2017-03/05/2017 |
|---|---|---|---|---|---|
| SHANIKA S ALEXIS | 96 | Group: | Loc. | Dept: | Check Date: 03/08/2017 |

| **Earnings** | **Hours** | **Hourly Rate** | **Current** | **Year-To-Date** |
|---|---|---|---|---|
| Regular | 80.00 | 8.2500 | 660.00 | 660.00 |

| **Taxes/Deductions** | **Current** | **Year-To-Date** |
|---|---|---|
| Federal Tax | 44.43 | 44.43 |
| Soc. Sec. Tax | 40.92 | 40.92 |
| Medicare Tax | 9.57 | 9.57 |

| **TOTALS** | **Gross Wages** | **Taxable Wages** | **Total Taxes & Other Deductions** | **Net Pay** |
|---|---|---|---|---|
| Current | 660.00 | 660.00 | 94.92 | 565.08 |
| Year-To-Date | 660.00 | | | |